Arble *v.* Murray, Appellant, et al.

Argued March 25, 1948. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

16

*Philip N. Shettig,* with him *Thomas A. Swope,* for appellants.

*C. Randolph Myers,* with him *Alton A. McDonald,* for appellee.

PER CURIAM, April 12, 1948:

This is an action of trespass for damages for personal injuries alleged to have been caused by negligence of defendants. The jury returned a verdict against both defendants for $7,000. We can find no merit in this appeal of the original defendant. The additional defendant did not appeal. It was necessary to submit the case to the jury. Even defendant's own testimony suggests his negligence. The judgment is affirmed on the opinion of the learned President Judge of the court below.